**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00404 SI |
| Plaintiff, | **BRIEFING SCHEDULE ON ORDER TO SHOW CAUSE** |
| v. | |
| RICHARD J. MESLER, | |
| Defendant.       / | |

On Aril 25, 2013, the Court ordered the United States to show cause why it should not enter an amended judgment striking $465,519.15 from defendant Mesler's restitution penalty. On May 10, 2013, the United States filed a response to the Court's order. That same day, defendant's attorney submitted a request to the Court that defendant be allowed to respond to the United States' filing. The Court hereby GRANTS defendant's request. Defendant may file a brief on the matter not to exceed ten (10) pages **no later than May 24, 2013**.

**IT IS SO ORDERED.**

Dated: May 14, 2013

SUSAN ILLSTON
United States District Judge